# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY BONETSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-281 Erie |
| v. ) | |
| ) | |
| STATE CORRECTIONAL INSTITUTE - ) | |
| FOREST, et al. ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on October 16, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 19], filed on October 14, 2008, recommended that Defendants' motion to dismiss [Doc. No. 15] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 14th day of November, 2008;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [Doc. No. 15] is GRANTED.

The Report and Recommendation [Doc. No. 19] of Magistrate Judge Baxter, filed on October 14, 2008, is adopted as the opinion of the Court.

                                                                s/ Sean J. McLaughlin
                                                                United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge